```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 04026
   MICHAEL W WIENER
                                               CHAPTER 13

                                               JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-4967


------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 03/07/2007 and was confirmed 05/16/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 04/30/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID           PAID
------------------------------------------------------------------------------
AMERICAS SERVICING COMPA  CURRENT MORTG         .00           .00            .00
AMERICAS SERVICING COMPA  MORTGAGE ARRE         .00           .00            .00
FREEDMAN ANSEIMO LINDBER  NOTICE ONLY    NOT FILED           .00            .00
COOK COUNTY TREASURER     PRIORITY       NOT FILED           .00            .00
SCHOTTLER & ZUKOSKY       PRIORITY       NOT FILED           .00            .00
A/R CONCEPTS              UNSEC W/INTER  NOT FILED           .00            .00
AMERICAN COLLECTION CO    UNSEC W/INTER  NOT FILED           .00            .00
CAPITAL ONE               UNSEC W/INTER  NOT FILED           .00            .00
DEPENDON COLLECTION SE    UNSEC W/INTER  NOT FILED           .00            .00
DRS A & A ARTISUK & ASSO  UNSEC W/INTER  NOT FILED           .00            .00
FIRST BANK OF MARIN       UNSEC W/INTER  NOT FILED           .00            .00
MUTUAL MANAGEMENT SERVIC  UNSEC W/INTER       254.80         .00            .00
MUTUAL MANAGEMENT SERVIC  UNSEC W/INTER  NOT FILED           .00            .00
PEOPLES GAS LIGHT & COKE  UNSEC W/INTER       765.69         .00            .00
SPIEGEL                   UNSEC W/INTER  NOT FILED           .00            .00
AMERICAS SERVICING COMPA  NOTICE ONLY    NOT FILED           .00            .00
COOK COUNTY TREASURER     SECURED            5176.58         .00         2898.41
DEPENDON COLLECTION SERV  UNSEC W/INTER  NOT FILED           .00            .00
RESURGENT CAPITAL SERVIC  UNSEC W/INTER       602.27         .00            .00
RESURGENT CAPITAL SERVIC  NOTICE ONLY    NOT FILED           .00            .00
SCHOTTLER & ASSOCIATES    DEBTOR ATTY        2,000.00                       .00
TOM VAUGHN                TRUSTEE                                         196.59
DEBTOR REFUND             REFUND                                            .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                          RECEIPTS         DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                   3,095.00

PRIORITY                                         .00
SECURED                                     2,898.41

                PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 04026 MICHAEL W WIENER
```

```
UNSECURED                                                              .00
ADMINISTRATIVE                                                         .00
TRUSTEE COMPENSATION                                                196.59
DEBTOR REFUND                                                          .00
                                         ----------------   ----------------
TOTALS                                           3,095.00           3,095.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                  /s/ Tom Vaughn
Dated: 07/23/08                   _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE
```